**No. 53764.**—Judge & Dolph, Ltd., et al. *v.* United States, protests 801784–G/84342, etc. (Chicago).

Opinion by EKWALL, J.  For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53765.**—Bellows & Co., Inc., et al. *v.* United States, protests 21718–K, etc. (New York).

Opinion by EKWALL, J.  For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53766.**—Baxter Importers, Ltd. *v.* United States, protest 113547–K (New York).

Opinion by EKWALL, J.  For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53767.**—National Distillers Products Corp. *v.* United States, protests 116147–K, etc. (Cleveland).

Opinion by EKWALL, J.  For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53768.**—Equitable Trading Corp. et al. *v.* United States, protests 117073–K, etc. (New York).

Opinion by EKWALL, J.  For the reasons stated in *Austin, Nichols & Co., Inc. v. United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.